UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**URIAH DAVID MUELLER**  **PLAINTIFF**
**#2855476**

v.  Case No. 4:25-cv-01072-KGB

**HARRISON, Lt., Correctional Officer,**
**Faulkner County Detention Center, Unit 1**  **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Uriah David Mueller's claims (Dkt. No. 1). The Court recommends that, in the future, the dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge