UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**URIAH DAVID MUELLER**                                                                                   **PLAINTIFF**
**#2855476**

v.                            Case No. 4:25-cv-01072-KGB

**HARRISON, Lt., Correctional Officer,**
**Faulkner County Detention Center, Unit 1**                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Uriah David Mueller's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge